

# IN THE
# TENTH COURT OF APPEALS

No. 10-10-00166-CR

## EX PARTE STEVE PARKER

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2010-735-1**

## MEMORANDUM OPINION

Steve Parker attempts to appeal the trial court's denial of a writ of habeas corpus. By letter, the Clerk notified Parker that this appeal was subject to being dismissed for want of jurisdiction because there was no signed order from which to appeal and no certification of defendant's right of appeal in the record. *See* TEX. R. APP. P. 26.2(a)(1); 25.2(a)(2). Parker was further warned that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.

Within the time to respond, Parker presented a motion for extension of time to file a response. He requested an additional thirty days. That motion, however, was not served. Parker was given 14 days to serve the motion and provide the Court with proper proof of service. Parker provided proof of service.

Parker's motion for extension of time to file a response is granted. The thirty additional days Parker requested has passed and Parker has not provided us with a signed order from which he could appeal or a certification of defendant's right of appeal.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed July 21, 2010
Do not publish
[CR25]